UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

APRIL 28, 2004

2:30 P.M.

*held*
*2:30 - 3:00*
*30 mins*

**PLAINTIFF'S COUNSEL
WILL INITIATE THE CALL
860-240-2635**

CASE NO. **3-01-cv-599 (CFD)**    **W E ANDREWS v PLASTICS DEV. CORP.**

| | |
|---|---|
| Elizabeth K. Andrews<br>Tyler, Cooper & Alcorn<br>205 Church St., Po Box 1936<br>New Haven, CT 06509-1910 | James R. Byrne<br>Tyler Cooper & Alcorn<br>Cityplace-35Th Floor<br>Hartford, CT 06103-3488 |
| William S. Fish Jr.<br>Tyler Cooper & Alcorn<br>Cityplace-35Th Floor<br>Hartford, CT 06103-3488 | John L. Laudati<br>Murphy, Laudati & Kiel, P.C.<br>The Exchange, 270 Farmington Ave.<br>Suite 360<br>Farmington, CT 06032 |
| Neil F. Murphy Jr.<br>Murphy, Laudati & Kiel, P.C.<br>The Exchange, 270 Farmington Ave.<br>Suite 360<br>Farmington, CT 06032 | Margaret Fogerty Rattigan<br>Murphy, Laudati & Kiel, P.C.<br>The Exchange, 270 Farmington Ave.<br>Suite 360<br>Farmington, CT 06032 |
| Matthew A. Sokol<br>Tyler, Cooper & Alcorn<br>205 Church St., Po Box 1936<br>New Haven, CT 06509-1910 | Jeffrey L. Widman<br>Shaw Gussis Fishman Glantz Wolfson & Tow<br>321 Clark St., Suite 800<br>Chicago, IL 60610 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK